UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATURAL GROCERS, et al., | ) Case No. 22-16770 |
| | ) |
| *Plaintiffs-Appellants,* | ) D.C. 3:20-cv-05151-JD |
| | ) Northern District of California, |
| v. | ) San Francisco |
| | ) |
| THOMAS J. VILSACK, et al., | ) |
| | ) |
| *Defendants-Appellees.* | ) |
| | ) |

# DECLARATION OF MEREDITH STEVENSON IN SUPPORT OF NATURAL GROCERS, ET AL. APPELLANTS' MOTION TO EXTEND BRIEFING SCHEDULE

I, Meredith Stevenson, hereby declare as follows:

1. I am counsel for Appellants Natural Grocers, Citizens for GMO Labeling, Label GMOs, Rural Vermont, Good Earth Natural Foods, Puget Consumers Co-op, and Center for Food Safety, in the above-captioned case. I have personal knowledge of the facts stated herein.

2. Good cause exists for a 60-day extension for Appellants to file their opening brief, from the current deadline of January 9, 2023, to March 10, 2023. This is Appellants' first extension request.

3. Additional time is necessary for Appellants to prepare their opening brief because Appellants have multiple competing deadlines. For example, Appellants' same counsel represents plaintiffs in *National Family Farm Coalition v. EPA*, No. CV-20-00555-DCB (D. Az.), a case in which the district court issued an order on December 20, 2022 for plaintiffs to submit their opening motion for summary judgment and supporting materials by January 18, 2023. Order, *id.*, ECF No. 101.

1

4. Appellants' same counsel also has a deadline for a summary judgment reply in *National Family Farm Coalition v. EPA*, No. 21-5695-JD (N.D. Cal.) on February 2, 2023.

5. There is also the intervening holiday period upcoming and related previously scheduled vacation for Appellants' counsel, where they will be out of the office for the week between December 25 and January 1.

6. Accordingly, the requested extension is necessary in light of counsel for Appellants' ongoing efforts to meet these competing deadlines, among others, as well as previously scheduled holiday vacation, to ensure that their attorneys are fully equipped with the expertise necessary for the case at hand.

7. On December 20, 2022, Appellants' counsel solicited the positions of the other parties on Appellants' current request to extend the deadline for their opening brief in the above-captioned case, from January 9, 2023, to March 10, 2023. Appellees agree to the extension, but Intervenor-Appellees have not responded.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 22nd day of December, 2022.

s/ Meredith Stevenson  
Meredith Stevenson  
303 Sacramento Street, 2F  
San Francisco, CA 94111  
T: (415) 826-2770  
mstevenson@centerforfoodsafety.org

*Counsel for Appellants*