UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATURAL GROCERS; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>THOMAS VILSACK, Secretary of the United States Department of Agriculture; et al.,<br><br>        Defendants - Appellees,<br><br>AMERICAN FARM BUREAU FEDERATION; et al.,<br><br>        Intervenor-Defendants - Appellees. | No. 22-16770<br><br>D.C. No. 3:20-cv-05151-JD<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

      The amicus brief submitted by Health Research Institute and Non-GMO Project on September 12, 2023 is filed.

      Within 7 days of this order, amici curiae are ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT