| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 12 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

NATURAL GROCERS; et al.,

    Plaintiffs-Appellants,

 v.

THOMAS VILSACK, Secretary of the United States Department of Agriculture; et al.,

    Defendants-Appellees,

AMERICAN FARM BUREAU FEDERATION; et al.,

    Intervenor-Defendants-Appellees.

No. 22-16770

D.C. No. 3:20-cv-05151-JD
Northern District of California,
San Francisco

ORDER

Appellees Thomas Vilsack, Bruce Summers, and United States Department of Agriculture's unopposed motion (Docket Entry No. 29) for an extension of time to file the answering brief is granted.

The answering briefs are due February 1, 2024. The optional reply brief is due within 21 days after service of the last-served answering brief.

                                  FOR THE COURT:

                                  MOLLY C. DWYER
                                  CLERK OF COURT

OSA107