UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATURAL GROCERS; et al.,<br><br>    Plaintiffs-Appellants,<br><br> v.<br><br>THOMAS VILSACK, Secretary of the United States Department of Agriculture; et al.,<br><br>    Defendants-Appellees,<br><br>AMERICAN FARM BUREAU FEDERATION; et al.,<br><br>    Intervenor-Defendants-Appellees. | No.   22-16770<br><br>D.C. No. 3:20-cv-05151-JD<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellees' unopposed motion (Docket Entry No. 31) for an extension of time to file the answering brief is granted.

The answering brief is due March 1, 2024. The optional reply brief is due within 21 days after service of the answering brief.

                                    FOR THE COURT:

                                    MOLLY C. DWYER
                                    CLERK OF COURT