| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 23 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| NATURAL GROCERS; et al., | No. 22-16770 |
| Plaintiffs-Appellants, | D.C. No. 3:20-cv-05151-JD<br>Northern District of California,<br>San Francisco |
| v. | |
| THOMAS VILSACK, Secretary of the United States Department of Agriculture; et al., | ORDER |
| Defendants-Appellees, | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenor-Defendants-Appellees. | |

The unopposed motion (Docket Entry No. 33) for an extension of time to file the answering brief is granted.

The answering briefs are due March 8, 2024. The optional reply brief is due within 21 days after service of the last-served answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT