**No. 22-16770**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NATURAL GROCERS; CITIZENS FOR GMO LABELING; LABEL GMOS; RURAL VERMONT; GOOD EARTH NATURAL FOODS; PUGET CONSUMERS CO-OP; CENTER FOR FOOD SAFETY; NATIONAL ORGANIC COALITION,

Plaintiffs-Appellants,

v.

THOMAS VILSACK, Secretary of the United States Department of Agriculture; BRUCE SUMMERS, Administrator of the Agricultural Marketing Services; UNITED STATES DEPARTMENT OF AGRICULTURE,

Defendants-Appellees,

AMERICAN FARM BUREAU FEDERATION; UNITED STATES BEET SUGAR ASSOCIATION; AMERICAN SUGARBEET GROWERS ASSOCIATION,

Intervenors-Defendants-Appellees.

On Appeal from the United States District Court
for the Northern District of California

**SUPPLEMENTAL EXCERPTS OF RECORD
INDEX VOLUME**

BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*
ISMAIL RAMSEY
  *United States Attorney*
MARK B. STERN
ADAM C. JED
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7243*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-8280*

**TABLE OF CONTENTS**

**Page**

VOLUME 1 of 3:

Cover Page ...................................................................................................1-SER-1

Order re: Indicative Ruling Request (June 1, 2023),
    Dkt. No. 70 ............................................................................................1-SER-2

Plaintiffs' Unopposed Motion for Indicative Ruling
    (Mar. 30, 2023), Dkt. No. 69 ................................................................1-SER-3
        Stipulation re: Plaintiffs' Motion for an Indicative
            Ruling, Dkt. No. 69-1 ..................................................................1-SER-10

Judgment (Sept. 13, 2022), Dkt. No. 65 ..................................................1-SER-16

VOLUME 2 of 3:

Cover Page .................................................................................................2-SER-17

Administrative Record Excerpts (filed Apr. 12, 2022):
    Final Rule, 83 Fed. Reg. 65,814 (Dec. 21, 2018)
        (AR1-63), Dkt. Nos. 59-2, 59-3....................................................2-SER18

VOLUME 3 of 3:

Cover Page .................................................................................................3-SER-81

Administrative Record Excerpts (filed Apr. 12, 2022):
    Proposed Rule, 83 Fed. Reg. 19,860 (May 4, 2018)
        (AR64-93), Dkt. No. 59-4..............................................................3-SER-82
    Dep't of Agric., Proposed Rule Questions Under
        Consideration (AR292-290), Dkt. No. 59-7 ............................... 3-SER-112
    Guidance for Industry: Voluntary Labeling Indicating
        Whether Foods Have or Have Not Been Derived
        from Genetically Engineered Plants (AR255421-255433),
        Dkt. No. 59-39 (excerpt).............................................................. 3-SER-121

First Amended Complaint for Declaratory and Equitable
    Relief (Oct. 20, 2020), Dkt. No. 19................................................... 3-SER-134