| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | APR 26 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| NATURAL GROCERS; et al., | No. 22-16770 |
| Plaintiffs-Appellants, | D.C. No. 3:20-cv-05151-JD |
| v. | Northern District of California, San Francisco |
| THOMAS VILSACK, Secretary of the United States Department of Agriculture; et al., | ORDER |
| Defendants-Appellees, | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenor-Defendants-Appellees. | |

Appellants' motion (Docket Entry No. 53) for an extension of time to file the reply brief is granted. The reply brief is due June 18, 2024.

No further motions for an extension of time to file the reply brief will be granted absent new extraordinary and compelling circumstances.

If the optional reply brief is not filed by June 18, 2024, the case will proceed with the briefs already on file.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA145