# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** | 22-16770

**Case Name** | Natural Grocers, et al. v. USDA

Hearing Location (*city*) | San Francisco, California

Your Name | Meredith Stevenson

List the sitting dates for the two sitting months you were asked to review:

August 12-16, 2024; August 19-23, 2024; September 9-13, 2024

Do you have an unresolvable conflict on any of the above dates? (●) Yes ( ) No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Appellants have a conflict with August 12-16 because lead counsel will be unavailable due to a previously scheduled vacation.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

( ) Yes (●) No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/Meredith Stevenson | **Date** | 4-30-2024

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** | *New 12/01/2018*