# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-16770

**Case Name** Natural Grocers, et al. v. USDA

**Hearing Location** (*city*) San Francisco, California

**Your Name** Geraldine Edens

List the sitting dates for the two sitting months you were asked to review:

August 12-16 2024; August 19-23, 2024; September 9-13, 2024

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Intervenors' counsel has a conflict with September 9-13 due to a previously scheduled commitment in another matter.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ○No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Geraldine Edens  **Date** May 1, 2024

(*use "s/[typed name]" to sign electronically-filed documents*)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32** *New 12/01/2018*