Case No. 22-16770

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NATURAL GROCERS, CITIZENS FOR GMO LABELING, LABEL GMOS, RURAL VERMONT, GOOD EARTH NATURAL FOODS, PUGET CONSUMERS CO-OP, NATIONAL ORGANIC COALITION, AND CENTER FOR FOOD SAFETY

*Plaintiffs-Appellants*,

v.

THOMAS J. VILSACK, *et al.*,

*Defendants-Appellees*,

On Appeal from the United States District Court, Northern District of California
Case No. 20-5151 (Hon. Judge James Donato)

# NATURAL GROCERS, ET AL. PLAINTIFFS-APPELLANTS' INDEX TO FURTHER EXCERPTS OF RECORD

CENTER FOR FOOD SAFETY
George Kimbrell
Amy van Saun
Meredith Stevenson
600 California Street, Suite 12-013
San Francisco, CA 94108
T: (415) 826-2770
gkimbrell@centerforfoodsafety.org
avansaun@centerforfoodsafety.org
mstevenson@centerforfoodsafety.org
*Counsel for Plaintiffs-Appellants*

# INDEX TO NATURAL GROCERS, ET AL. PLAINTIFFS-APPELLANTS' FURTHER EXCERPTS OF RECORD

## VOLUME 1 of 2

| Date | Admin. R. Doc. No. | Document Description | FER Page No. |
|---|---|---|---|
| 2018/07/26 | 309 | Comments from the European Union Re: the National Bioengineered Food Disclosure Standard Proposed Rule (July 26, 2018) | 1-FER-2 |
| 2018/07/10 | 11 | Highly Sensitive GMO Detection Using Real-Time PCR with a Large Amount of DNA Template: Single-Laboratory Validation, Mano, et al., Journal of AOAC International. (2018) | 1-FER-4 |
| 2018/07/03 | 11 | Consumer Federation of America Comment (7/3/2018) | 1-FER-13 |
| 2018/07/03 | 11 | Consumers Union Comment (7/3/2018) | 1-FER-18 |
| 2018/07/03 | 11 | Straus Family Creamery Comment (7/3/2018) | 1-FER-39 |
| 2018/07/03 | 11 | Patagonia Provisions Comment (7/3/2018) | 1-FER-50 |
| 2018/07/03 | 11 | Stonyfield Organic Comment (7/3/2018) | 1-FER-58 |
| 2018/07/03 | 11 | Natural Products Association Comment (7/3/2018) | 1-FER-63 |
| 2018/07/03 | 11 | Hain Celestial Comment (7/3/2018) | 1-FER-86 |
| 2018/07/02 | 11 | National Sustainable Agriculture Coalition Comment (7/2/2018) | 1-FER-92 |
| 2018/06/29 | 11 | Nature's Path Comment (6/29/2018) | 1-FER-103 |
| 2018/06/29 | 11 | APS Comment (6/29/2018) | 1-FER-106 |

| | | | |
|---|---|---|---|
| 2018/06/20 | 6 | National Bioengineered Food Disclosure Standard, Regulatory Impact Analysis (June 20, 2018) (Excerpt) | 1-FER-113 |
| 2018 | 11 | One Degree Organic Foods Comment | 1-FER-136 |
| 2018 | 11 | Mandatory labels can improve attitudes toward genetically engineered food, Kolodinsky and Lusk; Science Advances (2018) | 1-FER-140 |
| 2017/10/30 | 22 | Letter from Senator Debbie Stabenow to Secretary Perdue (Oct. 30, 2017) | 1-FER-146 |
| 2017/08/24 | 10 | Unilever Comment (08/24/2017) | 1-FER-151 |
| 2017/07/17 | 10 | Consumers Union Comment (7/17/2017) | 1-FER-165 |
| 2017/07/11 | 291 | 64 Countries: Labeling Standards (July 11, 2017) | 1-FER-183 |
| 2017/03/11 | 11 | An integrated strategy combining DNA walking and NGS to detect GMOs, Fraiture, et al., Food Chemistry. | 1-FER-190 |
| 2017/02/02 | 11 | Multiplex enrichment quantitative PCR (ME-qPCR): a high-throughput, highly sensitive detection method for GMO identification, Fu, et al., Analytical & Bioanalytical Chemistry. | 1-FER-198 |
| 2016/12/12 | 11 | Cardinal - Comprehensive Trademark and Design Search (12/12/2016) | 1-FER-209 |
| 2016/09/08 | 240 | J.R. Pegg, Campbell Soup finds consumers prefer clear GMO labelling, IEG Policy (Sept. 8, 2016) | 1-FER-211 |
| 2016 | 110 | Özge Özgen Arun, The Effect of Heat Processing on PCR Detection of Genetically Modified Soy in Bakery Products, Journal of Food and Health Science 2(3) (2016) | 1-FER-213 |

## VOLUME 2 of 2

| Date | Admin. R. Doc. No. | Document Description | FER Page No. |
|---|---|---|---|
| 2015/08/04 | 11 | A highly sensitive and specific method for the screening detection of genetically modified organisms based on digital PCR without pretreatment, Wei, et al., Scientific Reports. (8/4/2015) | 2-FER-215 |
| 2014 | 166 | John Fagan, et. al., earthopensource, GMO Myths and Truths (second edition) (2014) (Excerpt) | 2-FER-225 |
| 2014 | 11 | DNA and Protein Analysis throughout the Industrial Refining Process of Sugar Cane, Cullis, et al., Science Target. (2014) | 2-FER-288 |
| 2013/12 | 11 | Sugar from genetically modified sugarcane: Tracking transgenes, transgene products and compositional analysis, International Sugar Journal. (12/2013) | 2-FER-303 |
| 2013/07/05 | 11 | Development and Validation of Duplex, Triplex, and Pentaplex Real-Time PCF Screening Assays for the Detection of Genetically Modified Organisms in Food and Feed, Huber, et al., Journal of Agricultural and Food Chemistry. (2013) | 2-FER-306 |
| 2010 | 11 | Guidelines on Performance Criteria and Validation of Methods for Detection, Identification and Quantification of Specific DNA Sequences and Specific Proteins in Foods (CAC/GL 74-2010) | 2-FER-315 |

| 2006 | 325 | ISO, International Standard 24276:2006(E), Foodstuffs—Methods of Analysis for the Detection of Genetically Modified Organisms and Derived Products—General Requirements and Definitions (2006) (Excerpt) | 2-FER-337 |
|---|---|---|---|
| 2005 | 109 | Ralf Greiner, et al., Qualitative and quantitative detection of genetically modified maize and soy in processed foods sold commercially in Brazil by PCR-based methods, Food Control 16 (2005) | 2-FER-345 |
| 2002 | 104 | Palmer A. Orlandi, et al., Analysis of Flour and Food Samples for cry9C from Bioengineered Corn, Journal of Food Protection, Vol. 65, No. 2 (2002) | 2-FER-352 |
| 2000 | 103 | U. Pauli, et al., Extraction and amplification of DNA from 55 foodstuffs, Mitteilungen aus Lebensmitteluntersuchung und Hygiene, Vol. 91, No. 5 (2000) | 2-FER-358 |