UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| **FILED** |
| --- |
| OCT 31 2025 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NATURAL GROCERS; et al.,

          Plaintiffs - Appellants,

  v.

BROOKE L. ROLLINS, Secretary of
the United States Department of
Agriculture; et al.,

          Defendants - Appellees,

AMERICAN FARM BUREAU
FEDERATION; et al.,

          Intervenor-Defendants -
Appellees.

No. 22-16770

D.C. No. 3:20-cv-05151-JD
U.S. District Court for Northern
California, San Francisco

**ORDER**

At the direction of the Court, costs are hereby taxed against appellees.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT