**FILED**

OCT 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATURAL GROCERS; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> BROOKE L. ROLLINS, Secretary of the United States Department of Agriculture; et al., <br><br> Defendants - Appellees, <br><br> AMERICAN FARM BUREAU FEDERATION; et al., <br><br> Intervenor-Defendants - Appellees. | No. 22-16770 <br><br> D.C. No. 3:20-cv-05151-JD <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The amicus brief submitted on March 15, 2024 by Consumer Brands Association is filed. No additional paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT