UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATURAL GROCERS; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> BROOKE L. ROLLINS, Secretary of the United States Department of Agriculture; et al., <br><br> Defendants - Appellees, <br><br> AMERICAN FARM BUREAU FEDERATION; et al., <br><br> Intervenor-Defendants - Appellees. | No. 22-16770 <br><br> D.C. No. 3:20-cv-05151-JD <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered October 31, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT